UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY C. SMITH, derivatively on behalf of BLACKROCK LARGE CAP SERIES FUNDS, INC.,<br><br>    Plaintiff,<br>vs.<br><br>BLACKROCK INVESTMENTS, LLC, FAM DISTRIBUTORS, INC., BLACKROCK DISTRIBUTORS, INC., DAVID O. BEIM, RONALD W. FORBES, MATINA S. HORNER, RODNEY D. JOHNSON, HERBERT I. LONDON, CYNTHIA A. MONTGOMERY, JOSEPH P. PLATT, JR., ROBERT C. ROBB, JR., TOBY ROSENBLATT, KENNETH L. URISH, FREDERICK W. WINTER, RICHARD S. DAVIS, AND HENRY GABBAY,<br><br>    Defendants,<br>and<br><br>BLACKROCK LARGE CAP SERIES FUNDS, INC.,<br>    Nominal Defendant. | Civil Action No. 09 CIV 10589 (SAS) |

## PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL

Plaintiff Bradley C. Smith ("Smith"), pursuant to Rules 23.1 and 41(a)(1) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss the above-captioned shareholder derivative action ("the Action") without prejudice. In support of the request, Smith states as follows:

1. The Action was filed on December 30, 2009, approximately one week ago. None of the defendants has been served with the complaint, nor have they appeared by counsel in the Action.

2. No defendant in the Action has entered into a proposed settlement with Smith in connection with this voluntary dismissal. Neither Smith nor his counsel has

received, or will receive, any form of consideration whatsoever from any defendant in exchange for the dismissal of this action.

   3.  In light of the foregoing circumstances, Plaintiff respectfully submits that dismissal under Rules 23.1 and 41(a)(1) of the Federal Rules of Civil Procedure, without notice to the shareholders of nominal defendant BlackRock Large Cap Series Funds, Inc., is appropriate upon approval by the Court.

   WHEREFORE, Smith respectfully requests that the Court dismiss the Action without prejudice.

DATED:  January 6, 2010       **MILBERG LLP**

                __/s/ Janine L. Pollack_____
                  Janine L. Pollack

               Michael C. Spencer
               mspencer@milberg.com
               Janine L. Pollack
               jpollack@milberg.com
               One Pennsylvania Plaza
               New York NY  10119
               Telephone:  (212) 594-5300
               Facsimile:   (212) 868-1229

               Lee A. Weiss
               lweiss@bwgfirm.com
               **BROWNE WOODS GEORGE LLP**
               49 West 37th Street, 15th Floor
               New York, NY  10018
               Telephone:  (212) 354-4901
               Facsimile:   (212) 354-4904

               Ronald A. Uitz
               ron877@yahoo.com
               **UITZ & ASSOCIATES**
               1629 K Street, N.W. Suite 300
               Washington, D.C.  20006
               Telephone:  (202) 296-5280
               Facsimile:   (202) 521-0619

3

Alfred G. Yates, Jr. Esq.
yateslaw@aol.com
**LAW OFFICE OF ALFRED G. YATES, JR. P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone:  (412) 391-5164
Facsimile:   (412) 471-1033

*Attorneys for Plaintiff*